

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Patrick Lee Campbell v. The State of Texas

Appellate case number:   01-18-00087-CR

Trial court case number:  10CR3689

Trial court:             122th Judicial District Court of Galveston County


      Appellant Patrick L. Campbell, Jr.'s motion for rehearing is **denied.**

Justice's signature:  /s/ Jane Bland
                       Acting for the Court

Panel consists of Justices Bland, Lloyd, and Caughey


Date: July 17, 2018